# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JACOB THOMAS EARLS**                                                                 **PLAINTIFF**

v.                          No: 3:22-cv-00033-LPR-PSH

**ROBERT CASE, *et al.*[1]**                                                            **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Jacob Thomas Earls' amended complaint (Doc. No. 5) for screening purposes,[2] it appears that service is appropriate with respect to his claims against defendants. The Clerk of the Court shall prepare summonses for these defendants and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 5), and summons on each defendant without prepayment of fees and costs or security therefor. Service should be attempted

---

[1] The Clerk of Court is directed to remove the Doe defendant from the style of this case because Earls does not list this defendant in his amended complaint (Doc. No. 5).

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). Claims that are legally frivolous or malicious; that fail to state a claim for relief; or that seek money from a defendant who is immune from paying damages should be dismissed before the defendants are served. 28 U.S.C. § 1915A, 1915(e)(2).

through the Greene County Sheriff's office, 1809 North Rockingchair Road Paragould, AR 72450.[3]

IT IS SO ORDERED this 8th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] If any of the Defendants are no longer County employees, the individual responding to service must file a **SEALED** Statement providing the unserved Defendant's last known private mailing address.